UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **KELLY DIETRICH,** *Plaintiff* § § § | |
| v. § | No. 1:22-CV-00086-DH |
| § | |
| **UNITED PARCEL SERVICE, INC. (OHIO),** *Defendant* § § § § | |

**AMENDED SCHEDULING ORDER**

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following Scheduling Order governing the remaining deadlines in this case:

1. The parties shall complete ADR in compliance with Local Rule CV-88 by <u>August 16, 2024</u>. A motion objecting to ADR must be filed not later than 60 days before that deadline.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by <u>July 31, 2024</u>, and each opposing party shall respond in writing by <u>August 7, 2024</u>. All offers of settlement are to be private, not filed, and the Court is not to be advised of the same. The parties are further **ORDERED** to retain the written offers of settlement and responses as the Court may use these in assessing attorney's fees and court costs at the conclusion of trial.

3. This case is set for pretrial conference on <u>October 25, 2024, at 10:00 a.m.</u> and set for jury trial on <u>October 28, 2024, at 9:00 a.m.</u>

1

4.      The parties should consult Local Rule CV-16 regarding matters to be filed in advance of trial. The parties, however, are exempted from that portion of Local Rule CV-16 requiring that seven days prior to trial they file "a list disclosing any objections, together with the grounds therefore, that may be made to the admissibility of any exhibits." In lieu of that requirement, the Court **ORDERS** that, after receiving the final exhibit list, the parties confer with each other to discuss, and resolve, if possible, any objections they may have to each other's exhibits. The Court further **ORDERS** that the parties be prepared to inform the Court at the final pretrial conference of the exhibits to which there is no objection, and the exhibits to which objections remain for resolution by the Court. The Court will determine at the final pretrial conference whether to address at that time any evidentiary issues which may remain, or to reserve those matters for the trial.

**SIGNED** on January 23, 2024.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE